## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA | v. | M/V HALIBUT ENDEAVOR, M/V MISS MINMAR, HALIBUT KING CHARTERS, INC, and DONALD R. DOAN |
|---|---|---|

THE HONORABLE James K. Singleton

DEPUTY CLERK                                           CASE NO.  3:06-cv-00013 JKS

Shari Fuhrer

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 23, 2006

---

The above-referenced case is referred to Magistrate Judge <u>Roberts</u> for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | (1) | Administrative Inspection warrants; |
|---|---|---|
| __ | (3) | Matters relating to nonpayment of seaman's wages; |
| __ | (4) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| __ | (5) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| XXX | (11) | Preferred ship mortgage foreclosures; |
| __ | (12) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |

Revised 1/28/05