Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a )<br>NATIONAL BANK OF ALASKA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>M/V HALIBUT ENDEAVOR, Official )<br>Number 549521, M/V MISS MINMAR, )<br>Official Number 592142, their engines, )<br>tackle, gear, equipment and )<br>appurtenances in rem; and HALIBUT )<br>KING CHARTERS, INC. and )<br>DONALD R. DOAN in personam, )<br>  )<br>Defendants. )<br>_____ ) | **MOTION FOR EXPEDITED CONSIDERATION OF: MOTION REQUESTING ORDER ARRESTING VESSEL AND MOTION REQUESTING APPOINTMENT OF <u>SUBSTITUTE CUSTODIAN</u>**<br><br>Case No. A06-0013 CV (TMB) |

Pursuant to Supplemental Civil Rule C, Plaintiff Wells Fargo Bank N.A.

("Wells Fargo") requests expedited consideration of its Motion Requesting Order Arresting

Vessel and Motion Requesting Appointment of Substitute Custodian.

On January 12, 2006, Wells Fargo filed a Verified Complain In Rem and In Personam. The Verified Complaint sought: (1) the issuance of an in rem arrest warrant for the vessels M/V HALIBUT ENDEAVOR and M/V MISS MINMAR; (2) foreclosure of Wells Fargo's Fleet Preferred Marine Mortgage; (3) an order directing the sale of the vessels M/V HALIBUT ENDEAVOR and M/V MISS MINMAR; and (4) a judgment in personam against Halibut King Charters, Inc. and Donald R. Doan.

Supplemental Civil Rule C states that when a party such as Wells Fargo seeks an arrest warrant for a vessel, "the court must review the complaint and any supporting papers. If the conditions for an in rem action appear to exist, the court must issue an order directing the clerk to issue a warrant for the arrest of the vessel or other property that is the subject of the action." Supplemental Rule C(3)(a)(ii(A). There is no requirement that the defendant receive notice of the Motion Requesting Order Arresting Vessel or be afforded an opportunity to oppose the Motion Requesting Order Arresting Vessel.[1] Therefore, Wells Fargo requests that the Court promptly grant is Motion Requesting Order Arresting Vessel.

In order to preserve its interest in the vessels, once the Court issues the in rem arrest warrant, Wells Fargo intends to have the warrant promptly served by the United States Marshals Office. When the United States Marshal serves the arrest warrant, it will be necessary for Wells Fargo's Substitute Custodian to be available to take possession of the vessels. Consequently, Wells Fargo also requests that the Court address Wells Fargo Motion

---

[1] Wells Fargo has provided counsel for Halibut King Charters, Inc. and Donald R. Doan with notice of its Motion Requesting Order Arresting Vessel and Motion Requesting Appointment of Substitute Custodian.

for Order Appointing Substitute Counsel at the same time that it addresses Wells Fargo Motion Requesting Order Arresting Vessel.

For the reasons stated in this Motion and in the affidavit of Gerard Diemer submitted with Wells Fargo's Motion Requesting Order Arresting Vessel, Wells Fargo asks that the Court decide Wells Fargo Motion Requesting Order Arresting Vessel and Motion for Order Appointing Substitute Counsel on an expedited basis.

Dated:  February 22, 2006            s/ Patrick B. Gilmore
                                     420 L Street, Suite 500
                                     Anchorage, AK  99501
                                     Phone:  (907) 276-1700
                                     Fax:  (907) 272-2082
                                     E-mail:  acgecf@acglaw.com
                                     ABA #7710121