Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>           Plaintiff,<br><br>vs.<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,<br><br>           Defendants. | **MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN**<br><br><br><br>Case No. A06-0013 CV (TMB) |

Pursuant to Local Admiralty Rule (e)-13(b), Plaintiff Wells Fargo Bank, N.A. f/k/a National Bank of Alaska, by through Atkinson, Conway, and Gagnon, requests an order appointing a substitute custodian for the care and safekeeping of the M/V "HALIBUT ENDEAVOR," official number 549521 and M/V "MISS MINMAR", official number 592142.

Plaintiff requests that the Court appoint the following party as substitute custodian:

>David B. Hamaker, CMS
>P.O. Box 221089
>Anchorage, Alaska 99522-1089
>(907) 344-8580

This motion is supported by the attached Affidavit of Gerard Diemer and Plaintiff's Verified Complaint, filed January 13, 2006. As stated in Mr. Deimer's affidavit, the proposed substitute custodian will arrange for the safekeeping of the vessels in the City of Homer, and applicable insurance has been arranged to cover loss or injury to the M/V "HALIBUT ENDEAVOR" and M/V "MISS MINMAR," or for damages sustained by third parties due to any acts, fault or negligence by the Bank or its agents in its custodial capacity, to go into effect immediately upon seizure of the vessel by the U.S. Marshals. See Affidavit of Gerard Deimer, ¶ 7. The insurance is being obtained through the U.S. Marshals office.

Furthermore, Plaintiff Wells Fargo agrees to release the United States and the U.S. Marshals from any and all liability and responsibility arising out of the care and custody of the M/V "HALIBUT ENDEAVOR" and the M/V "MISS MINMAR," their engines, tackle, gear, equipment, and appurtenances, from the time the U.S. Marshal transfers possession of the vessels to the substitute custodian, and further agrees to hold harmless and indemnify the United States and the U.S. Marshals from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping. See Affidavit of Gerard Deimer, ¶ 8.

Mr. Hamaker is charging Plaintiff Wells Fargo $1,000 plus $1,000 per month, plus expenses including travel, to act as substitute custodian for the M/V "HALIBUT ENDEAVOR" and the M/V "MISS MINMAR." See Affidavit of Gerard Deimer, ¶ 9.

Each of the requirements of Local Admiralty Rule (e)-13(b) have been met. Therefore, Plaintiff requests that the Court appoint Mr. Hamaker as substitute custodian for the M/V "HALIBUT ENDEAVOR" and the M/V "MISS MINMAR." An appropriate order has submitted with this motion.

Dated:  February 22, 2006        s/ Patrick B. Gilmore
                                 420 L Street, Suite 500
                                 Anchorage, AK  99501
                                 Phone:  (907) 276-1700
                                 Fax:  (907) 272-2082
                                 E-mail:  acgecf@acglaw.com
                                 ABA #7710121