Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. )<br>_____) | **[PROPOSED]**<br>**ORDER APPOINTING**<br>**SUBSTITUTE CUSTODIAN**<br><br><br>Case No. A06-0013 CV (TMB) |

THIS MATTER having come before the Court on Plaintiff Wells Fargo Bank, N.A.'s ("Bank") Motion for Order Appointing Substitute Custodian, and the Court having considered that motion, the Affidavit of Gerard Diemer in Support of Motion for Order Appointing Substitute Custodian, and the Verified Complaint, the Court finds as follows:

1. On or about Friday, January 13, 2006, a Verified Complaint in rem and in personam was filed in this action praying that the defendant vessels M/V "HALIBUT

ENDEAVOR," official number 549521 and M/V "MISS MINMAR," official number 592142, together with their respective engines, tackle, gear, equipment and appurtenances be arrested, condemned and sold to pay the demands of Bank.

2. On _____, 2006, the clerk issued a warrant of arrest instructing the U.S. Marshal to take into custody the M/V "HALIBUT ENDEAVOR" and M/V "MISS MINMAR".

3. David B. Hamaker, CMS, P.O. Box 221089, Anchorage, Alaska 9952-1089 (907) 344-8580, has agreed to act as custodian of the M/V "HALIBUT ENDEAVOR" and the M/V "MISS MINMAR" at Homer, Alaska. Mr. Hamaker has agreed to assume the responsibility of periodic inspection, safekeeping and security of the vessel.

4. Plaintiff states that it has obtained applicable insurance to respond in damages for loss of injury to the M/V "HALIBUT ENDEAVOR" and M/V "MISS MINMAR" or for damages sustained by third parties due to any acts, fault or negligence, in its custodial capacity.

5. Plaintiff agrees to release the United States and the U.S. Marshals from any and all liability and responsibility arising out of the care and custody of the M/V "HALIBUT ENDEAVOR" and M/V "MISS MINMAR," their engines, tackle, gear, equipment, and appurtenances, thereunto appertaining and belonging, from the time the U.S. Marshals transfers possession of the vessels to Mr. Hamaker as substitute custodian, and further agrees to hold harmless and indemnify the United States and the U.S. Marshals

from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. That the U.S. Marshals for the District of Alaska is hereby authorized and directed to surrender possession of the M/F "HALIBUT ENDEAVOR" and M/V "MISS MINMAR" to David B. Hamaker, CMS, P.O. Box 221089, Anchorage, Alaska 9952-1089, as substitute custodian, and that upon such surrender, the U.S. Marshals shall be discharged from the U.S. Marshals' duties and responsibilities for the safekeeping of the vessel and held harmless from any and all claims arising whatsoever out of said substituted possession and safekeeping.

DATED this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Court