Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA, <br><br> Plaintiff, <br><br> vs. <br><br> M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam, <br><br> Defendants. | **AFFIDAVIT OF GERARD DIEMER IN SUPPORT OF MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN** <br><br><br><br><br><br><br><br> Case No. A06-0013 CV (TMB) |

STATE OF ALASKA      )
                                         ) ss
THIRD JUDICIAL DISTRICT )

I, GERARD DIEMER, being duly sworn, deposes and says:

1.  I am employed by Plaintiff Wells Fargo Bank, N.A. ("Bank") and I am a Vice President in the Credit Management Group. I have personal knowledge of the facts stated herein and I am making this affidavit in accordance with Local Admiralty Rule 9(B).

2.  Halibut King Charters, Inc., duly executed and delivered to the Bank a Fleet Preferred Marine Mortgage, encumbering the M/V "HALIBUT ENDEAVOR," official number 549521, and the M/V "MISS MINMAR," official number 592142, dated May 7, 2003, which is the subject of the Bank's Verified Complaint <u>In</u> <u>Rem</u> And <u>In Personam</u> – Foreclosure Of Preferred Ship Mortgage, filed January 13, 2006.

3.  The vessels the M/V "HALIBUT ENDEAVOR," official number 549521, and M/V "MISS MINMAR," official number 592142 are, to the best of the Bank's knowledge and belief, being operated in sport fishing charter operations by Halibut King Charters, Inc., in Kachemak Bay, Homer, Alaska.

4.  The Bank is desirous of maximizing its recovery from sale of the vessels and therefore seeks immediate seizure of the vessels so that they may be sold pursuant to Court order.

5.  The Bank seeks an order appointing David B. Hamaker, CMS, P.O. Box 221089, Anchorage, Alaska 99522-1089, (907) 344-8580, as substitute custodian for the care and safekeeping of the M/V "HALIBUT ENDEAVOR," official number 549521 and M/V "MISS MINMAR," official number 549142. A copy of Mr. Hamaker's resume is attached as Exhibit A to this affidavit.

6. Mr. Hamaker will arrange for the safekeeping of the vessels in the City of Homer, and has arranged for applicable insurance to respond in damages for loss or injury to the M/V "HALIBUT ENDEAVOR" and M/V "MISS MINMAR" or for damages sustained by third parties due to any acts, fault or negligence by the Bank or its agents in its custodial capacity, to go into effect immediately upon seizure of the vessel by the U.S. Marshals.

8. The Bank agrees to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the M/V "HALIBUT ENDEAVOR" and the M/V "MISS MINMAR," their engines, tackle, gear, equipment, and appurtenances, from the time the Marshal transfers possession of the vessels to the Bank as substitute custodian, and further agrees to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping.

9. Mr. Hamaker is charging $1,000.00, plus $1,000.00 per month, plus expenses including travel, to act as substitute custodian in regards to the M/V "HALIBUT ENDEAVOR" and the M/V "MISS MINMAR."

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this ___21___ day of February, 2006.

_____
Gerard Diemer, Vice President
Wells Fargo Bank, N.A.

SUBSCRIBED AND SWORN TO before me this 21 day of February, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 2/14/07