Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>    Plaintiff,<br><br>  vs.<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,<br><br>    Defendants. | **MOTION FOR ISSUANCE OF ARREST WARRANT OF VESSELS M/V "HALIBUT ENDEAVOR" AND M/V "MISS MINMAR"**<br><br>Case No. A06-0013 CV (TMB) |

  Plaintiff Wells Fargo Bank, N.A. f/k/a National Bank of Alaska, through undersigned counsel of record, and pursuant to Local Admiralty Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, moves for an order authorizing the issuance of a warrant for the arrest of the M/V "HALIBUT ENDEAVOR," official number 549521 and M/V "MISS MINMAR," official number 592142.

In accordance with the cited rules, this motion is supported by the documents submitted with the Verified Complaint and the attached Affidavit of Gerard Diemer. Arrest of the vessels is necessary under the circumstances to perfect this Court's in rem jurisdiction. A proposed Order Authorizing Issuance of Arrest Warrant of Vessels M/V "HALIBUT ENDEAVOR" and the M/V "MISS MINMAR," proposed In Rem Warrant for Arrest, and proposed Notice of Arrest is being lodged contemporaneously with this Motion.

A separate Motion for Substitute Custodian is filed contemporaneously with this Motion.

Dated: February 22, 2006

s/ Patrick B. Gilmore
420 L Street, Suite 500
Anchorage, AK  99501
Phone: (907) 276-1700
Fax: (907) 272-2082
E-mail: acgecf@acglaw.com
ABA #7710121