Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>    Plaintiff,<br><br>vs.<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,<br><br>    Defendants. | **[PROPOSED] NOTICE OF ARREST OF VESSELS THE M/V "HALIBUT ENDEAVOR" AND M/V "MISS MINMAR" PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C(6)** |

Case No. A06-0013 CV (TMB)

NOTICE IS HEREBY GIVEN that on the _____ day of _____, 2006, acting pursuant to process issued in the above case, I have arrested, seized, and taken into my possession the following described vessels: the M/V "Halibut Endeavor," official number 549521, and the M/V "Miss Minmar," official number 592142, their respective engines, tackle, gear, equipment and appurtenances, <u>etc.</u>, now lying at Homer, Alaska, in a maritime action set forth in the complaint asserting for foreclosure of Fleet Preferred Marine

Mortgage, to recover an indebtedness to Plaintiff Wells Fargo Bank, N.A. of $66,358.39, and interest, attorney's fees and costs, plus costs of administration.

I HEREBY GIVE NOTICE that, pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, claims of persons entitled to restitution or possession of the said vessels and/or all their engines, tackle, gear, electronics, bunkers, boilers, appurtenances, etc., and applications or motions for intervention by persons claiming maritime liens or other interests in the vessels, must be filed with the Clerk of this Court and a copy thereof served upon attorneys for Plaintiff within ten (10) days after the date of publication of this Notice of Arrest; answers to the complaint, whether by such claimants to possession or seeking restitution or by those claiming any other interest in the property, must be served and filed within twenty (20) days after the date of publication of this Notice of Arrest; that as to any person not so serving and filing his or her claim and answer, default shall be noted and condemnation ordered; and that applications or motions for intervention in accordance with Rule 24 of the Federal Rules of Civil Procedure by persons claiming maritime liens or other interests in the vessels must be filed within thirty (30) days after publication of the Notice of Arrest, and that, as to all persons and entities not so filing such applications or motions for intervention within the time limits set out above default will be taken.

A copy of any claim or answer shall be served upon Plaintiff's attorney, Patrick B. Gilmore, Atkinson, Conway & Gagnon, 420 L Street, Suite 500, Anchorage, Alaska 99501.

DATED this _____ day of _____, 2006.

_____
UNITED STATES MARSHAL

NOTE: In accord with Rule E(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and the Local Admiralty Rule 4(E), any person claiming an interest in the vessels is entitled to a prompt post-arrest hearing before a judge or magistrate.