Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA, | ) ) ) | |
| Plaintiff, | ) ) ) | **AFFIDAVIT OF GERARD DIEMER IN SUPPORT OF MOTION FOR ISSUANCE OF** |
| vs. | ) ) | **ARREST WARRANT FOR VESSELS M/V "HALIBUT** |
| M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam, | ) ) ) ) ) ) ) ) ) | **ENDEAVOR" AND M/V "MISS MINMAR"** |
| Defendants. | ) ) | |
| _____) | | Case No. A06-0013 CV (TMB) |

| | | |
|---|---|---|
| STATE OF ALASKA | ) | |
| | ) | ss |
| THIRD JUDICIAL DISTRICT | ) | |

I, GERARD DIEMER, being first duly sworn, deposes and says:

1.      I am employed by Plaintiff Wells Fargo Bank, N.A. ("Bank") and I am a Vice President in the Credit Management Group.  I have personal knowledge of the facts stated herein and I am making this affidavit in accordance with Local Admiralty Rule 9(B).

2.      On or about July 5, 2003, Halibut King Charters, Inc., executed a Promissory Note in favor of the Bank in the original principal amount of $73,000.  A true and correct copy of the Promissory Note is attached as Exhibit A.  The terms of the repayment of the Promissory Note are stated in the attached Exhibit A, and the Change in Terms Agreement attached as Exhibit B.

3.      In order to secure the payment of the Promissory Note, principal and interest, Donald Doan executed a Commercial Guaranty attached as Exhibit C, and Halibut King Charters, Inc., executed and delivered to the Bank a Fleet Preferred Marine Mortgage encumbering the M/V "HALIBUT ENDEAVOR," official number 549521 and M/V "MISS MINMAR," official number 592142, dated May 7, 2003.  A true and correct copy of the Fleet Preferred Marine Mortgage is attached as Exhibit D.

4.      By the terms and provisions of the Promissory Note and Fleet Preferred Marine Mortgage, Halibut King Charters, Inc., admitted that it was justly indebted to the Bank in the sum of $73,000, and granted, bargained, sold and mortgaged the whole of the vessels the M/V "HALIBUT ENDEAVOR," official number 549521 and M/V "MISS MINMAR," official number 592142, together with all of their masts, boat anchors, cables, chains, rigging, tackle, apparel, and all other necessaries thereunto appertaining and belonging.

5.     The Fleet Preferred Marine Mortgage was filed for recording with the National Vessel Documentation center and was duly recorded on May 30, 2003, at Book 03-78, page 167, which record shows the names of the vessels, the names of the parties to the mortgage, the time and date of the reception of the mortgage, the interest in the vessel mortgaged and the amount and date of maturity of the mortgage.

6.     Both Halibut King Charters, Inc. and Defendant Doan have failed to make the payments owed to the Bank pursuant to Exhibits A, B, C and D.  The Bank has accelerated and demanded full payment of the Promissory Note from both Halibut King Charters, Inc., and Doan.  The principal amount due and owing is $53,766.05, with interest at the contract rate of $2,917.67 and late charges of $379.76, for a total of $57,063.48 owing as of January 13, 2006.  Interest accrues at a rate of $13.81 per day.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this ___2 / ___ day of February, 2006.

_____
Gerard Diemer, Vice President
Wells Fargo Bank, N.A.

SUBSCRIBED AND SWORN TO before me this ___2 /___ day of February, 2006.



_____
Notary Public in and for Alaska
My Commission Expires:__2/14/07___

AFFIDAVIT OF GERARD DIEMER IN SUPPORT OF IN REM ARREST
Wells Fargo Bank, N.A. v. M/V Halibut Endeavor, et al., Case No A06-0013 CV (TMB)
Page 3 of 3
82631/5006.102