ALASKAN MARINE DOCUMENTATION
P.O. BOX 878869
WASILLA, ALASKA 99687-8869

## FLEET PREFERRED MARINE MORTGAGE

KNOW YE THAT:

**HALIBUT KING CHARTERS, INC.**, SOLE OWNER(S)/MORTGAGOR(S), 100%

OF:

P. O. BOX 1687, HOMER, ALASKA 99603

AND SOLE OWNER(S)/MORTGAGOR(S) OF THE BELOW DESCRIBED VESSEL(S), MORTGAGOR(S) BEING JUSTLY INDEBTED TO:

**NATIONAL BANK OF ALASKA**, SOLE MORTGAGEE(S), 100%

OF:

88 STERLING HIGHWAY, HOMER, ALASKA 99603

THE MORTGAGEE(S), IN THE SUM OF:

**EIGHTY-ONE THOUSAND SIX HUNDRED TWENTY-SIX AND 70/100'S ($81,626.70) DOLLARS******

UPON A CERTAIN PROMISSORY NOTE ATTACHED HERETO AND THEREBY BECOMING A PART HEREOF, HAS FOR THE PURPOSES(S) OF SECURING THE PAYMENT OF THE SAID DEBT, AND THE INTEREST THEREON, GRANTED, BARGAINED, SOLD AND MORTGAGED AND BY THESE PRESENTS DOES GRANT, BARGAIN, SELL AND MORTGAGE UNTO THE SAID MORTGAGEE(S), ALL OF SAID VESSEL(S), TOGETHER WITH ALL OF THE MAST(S), BOWSPRITS, BOAT(S), ANCHORS, CABLES, CHAIN, RIGGING, TACKLE, APPAREL, FURNITURE AND ALL OTHER NECESSARIES THEREUNTO APPERTAINING AND BELONGING:

THE VESSEL(S) MORTGAGED DESCRIBED HEREIN ARE:

| VESSEL NAME: | OFFICIAL NUMBER: | HOME PORT: |
|---|---|---|
| **MISS MINMAR** | 592,142 | NVDC |
| **HALIBUT-ENDEAVOR** | 549,521 | NVDC |

EXHIBIT D
PAGE 1 OF 6 PAGES

WF 499

PAGE TWO

TO HAVE AND TO HOLD THE VESSEL(S) AND ALL OTHER BEFORE MENTIONED APPURTENANCES UNTO THE SAID MORTGAGEE(S), TO THE SOLE AND PROPER USE, BENEFIT, AND BEHOOF OF SAID MORTGAGEE(S) FOREVER:

PROVIDED ALWAYS, AND THE CONDITION OF THESE PRESENTS IS SUCH THAT, IF THE SAID MORTGAGOR(S) SHALL PAY OR CAUSE TO BE PAID TO THE SAID MORTGAGEE(S), THE DEBT AFORESAID, WITH THE INTEREST THEREON, AT THE TIME OR TIMES AND IN THE MANNER FOLLOWING, TO WIT:

AS PER ATTACHED PROMISSORY NOTE

THEN THESE PRESENTS SHALL BE VOID AND OF NO EFFECT, SUBJECT, HOWEVER, TO THE PROVISIONS HEREINAFTER CONTAINED; AND THE SAID MORTGAGOR(S) HEREBY AGREES TO PAY THE DEBT AND AFORESAID, AND INTEREST THEREON, AND TO FULFILL AND PERFORM EACH AND EVERY ONE OF THE COVENANTS AND CONDITIONS HEREIN CONTAINED.

BUT IF DEFAULT BE MADE IN SUCH PAYMENTS, OR IN ANY ONE OF SUCH PAYMENTS, OR IF DEFAULT BE MADE IN THE PROMPT OR FAITHFUL PERFORMANCE OF ANY OF THE COVENANTS HEREIN CONTAINED, OR IF THE SAID MORTGAGEE(S) SHALL AT ANY TIME DEEM ITSELF IN DANGER OF LOSING SAID DEBT, OR ANY PART THEREOF, BY DELAYING THE COLLECTION THEREOF UNTIL THE EXPIRATION OF THE TIME ABOVE LIMITED FOR THE PAYMENT THEREOF, OR IF SAID MORTGAGOR(S) SHALL SELL OR ATTEMPT TO SELL SAID PROPERTY, OR ANY PART THEREOF, OR IF THE SAME SHALL BE LEVIED UPON OR TAKEN BY VIRTUE OF ANY ATTACHMENT OR EXECUTION AGAINST SAID MORTGAGOR(S) OR IF SAID MORTGAGOR(S) SHALL REMOVE OR ATTEMPT TO REMOVE, SAID VESSEL(S) BEYOND THE LIMITS OF THE UNITED STATES, OR IF SAID MORTGAGOR(S) SHALL SUFFER AND PERMIT SAID VESSEL(S) TO BE RUN IN DEBT TO AN AMOUNT EXCEEDING IN THE AGGREGATE THE SUM OF:

AN AMOUNT NECESSARY TO MAINTAIN THE VESSEL(S) IN A SEA-WORTHY CONDITION

OR IF SAID MORTGAGOR(S) SHALL NEGLIGENTLY OR WILLFULLY PERMIT SAID PROPERTY TO WASTE OR BE DAMAGED OR DESTROYED, SAID MORTGAGEE(S) IS HEREBY AUTHORIZED TO TAKE POSSESSION OF SAID GOODS, CHATTELS, AND PERSONAL PROPERTY AT ANY TIME, WHEREVER FOUND, EITHER BEFORE OR AFTER THE EXPIRATION OF THE TIME AFORESAID, AND TO SELL AND CONVEY THE SAME, OR SO MUCH THEREOF AS MAY BE NECESSARY TO SATISFY THE SAID

EXHIBIT __D__
PAGE __2__ OF __6__ PAGES

WF 500

PAGE THREE

DEBT, INTEREST, AND REASONABLE EXPENSES AFTER FIRST GIVING NOTICE OF NOT LESS THAN TEN DAYS, TO BE GIVEN BY PUBLICATION IN SOME NEWSPAPER PUBLISHED IN:

ANCHORAGE, ALASKA

AND TO RETAIN THE SAME OUT OF THE PROCEEDS OF SUCH SALE, THE SURPLUS (IF ANY) TO BELONG TO AND TO BE RETURNED TO SAID MORTGAGOR(S). AND IT IS AGREED THAT IF SUCH DISPOSITION IS BY PUBLIC SALE, THE MORTGAGEE(S) MAY BECOME THE PURCHASER(S); AND IF ANY DISPOSITION IS PURSUANT TO THE ALASKA UNIFORM COMMERCIAL CODE, MORTGAGEE(S) ARE HEREBY VESTED WITH FULL POWER AND AUTHORITY, AS ATTORNEY-IN-FACT OF MORTGAGOR(S) COUPLED WITH AN INTEREST AND WITH FULL POWERS OF SUBSTITUTION, TO EXECUTE AND DELIVER TO ANY PURCHASER, IN THE NAME AND ON BEHALF OF THE MORTGAGOR(S), A GOOD CONVEYANCE OF TITLE TO THE VESSEL AND/OR OTHER PERSONAL PROPERTY SOLD. FURTHER IN THE EVENT OF A SALE PURSUANT TO THE ALASKA UNIFORM COMMERCIAL CODE, AND WITHOUT IN ANY WAY DEROGATING FROM THE POWERS VESTED IN MORTGAGEE(S) TO ACT IN MORTGAGOR(S) NAME, MORTGAGOR(S) WILL, IF AND WHEN REQUIRED BY MORTGAGEE(S) EXECUTE SUCH FORM OF CONVEYANCE OF THE VESSEL AND OTHER PROPERTY AS MORTGAGEE(S) MAY DIRECT OR APPROVE.

AND THE SAID MORTGAGOR(S) DOES FURTHER COVENANT AND AGREE, TO AND WITH THE SAID MORTGAGEE(S) THAT THE SAID MORTGAGOR(S) WILL IMMEDIATELY PROCURE SAID VESSEL(S) TO BE INSURED AGAINST LOSS OR DAMAGE BY FIRE, AND AGAINST ALL MARINE RISKS AND DISASTERS, IN SOME GOOD AND RESPONSIBLE INSURANCE COMPANY OR COMPANIES, TO BE SELECTED AND APPROVED BY SAID MORTGAGEE(S), FOR AN AMOUNT AT LEAST EQUAL TO THE AMOUNT WHICH SHALL FROM TIME TO TIME REMAIN UNPAID UPON THE SAID INDEBTEDNESS AND INTEREST THEREON, AND THAT SAID MORTGAGOR(S) WILL KEEP SUCH POLICY OR POLICIES RENEWED AND KEEP THE SAME VALID AT ALL TIMES FOR THE AMOUNT AFORESAID; THAT SAID MORTGAGOR(S) WILL DO, SUFFER OR PERMIT TO BE DONE, NO ACT WHEREBY SAID INSURANCE WOULD BE LIABLE TO BE FORFEITED OR VITIATED, AND THAT SAID MORTGAGOR(S) WILL IMMEDIATELY ASSIGN AND DELIVER TO SAID MORTGAGEE(S) SAID POLICY OR POLICIES OF INSURANCE, HAVING FIRST OBTAINED THE PROPER CONSENT OF THE INSURANCE COMPANY OR COMPANIES TO SUCH ASSIGNMENT, AND THAT SAID MORTGAGOR(S) WILL ALSO PROMPTLY DELIVER TO SAID MORTGAGEE(S) THE RENEWAL CERTIFICATES OF SAID POLICIES AS A COLLATERAL SECURITY FOR THE PAYMENT OF SAID INDEBTEDNESS. AND IF SAID MORTGAGOR(S) SHALL FAIL TO IMMEDIATELY PROCURE, ASSIGN, AND DELIVER SUCH POLICY OR POLICIES AS AFORESAID, THE SAID MORTGAGEE(S)

EXHIBIT D
PAGE 3 OF 6 PAGES

PAGE FOUR

IS HEREBY AUTHORIZED, TO PROCURE SAID VESSEL(S) TO BE
INSURED AS AFORESAID, AND TO KEEP THE POLICY OR POLICIES
RENEWED; AND THE AMOUNT WHICH SAID MORTGAGEE(S) HAS TO
PAY THEREFORE SHALL BE CONSIDERED, AND IS HEREBY DECLARED
TO BE, AN ADDITIONAL INDEBTEDNESS HEREBY INTENDED TO BE
SECURED, AND SHALL BE REPAID TO SAID MORTGAGEE(S) ON DEMAND
AND SHALL BEAR INTEREST FROM TIME OF SUCH PAYMENT
UNTIL REPAID AT THE RATE OF:

AS PER ATTACHED PROMISSORY NOTE

AND IT IS HEREBY PROVIDED, THAT IT SHALL BE LAWFUL FOR
FOR SAID MORTGAGOR(S) TO RETAIN POSSESSION OF THE PROPERTY
HEREBY MORTGAGED AND AT ITS OWN EXPENSE TO USE AND ENJOY THE
SAME UNTIL SAID INDEBTEDNESS SHALL BECOME DUE UNLESS SAID
MORTGAGEE(S) SHOULD AT ANY EARLIER DATE DECLARE THIS
MORTGAGE FORFEITED FOR NONPERFORMANCE OF ANY OF THE
COVENANTS HEREIN CONTAINED, OR BY VIRTUE OF ANY AUTHORITY
HEREBY CONFERRED ON SAID MORTGAGEE(S).

THIS PREFERRED MARINE MORTGAGE SHALL ALSO SECURE
FISHING RIGHTS OF WHATSOEVER NATURE, INCLUDING, BUT NOT
LIMITED TO, MORATORIUM AND OTHER PARTICIPATORY CATCH RIGHTS,
IF ANY.

AS REFERRED TO HEREIN, WHEREVER FOUND, THE TERMS
MORTGAGOR(S) AND MORTGAGEE(S) SHALL INCLUDE ALL FORMS OF
REFERENCE TO THE NAMED PARTIES HERETO, WHETHER MASCULINE,
FEMININE, SINGULAR OR PLURAL, AND ALL FORMS OF SUCCESSORS
THERETO, INCLUDING, BUT NOT LIMITED TO, HEIRS, EXECUTORS,
ADMINISTRATORS, SUCCESSORS OR ASSIGNS.

EXHIBIT ___D___
PAGE __4__ OF __6__ PAGES

WF 502

PAGE FIVE

IN TESTIMONY WHEREOF, THE SAID MORTGAGOR(S) HAVE CAUSED THIS FLEET PREFERRED MARINE MORTGAGE OF VESSEL(S) TO BE EXECUTED ON THE DATE SIGNED BELOW.

**HALIBUT KING CHARTERS, INC.**, SOLE OWNER(S), 100%

_____   06/02/00
OWNER(S)/MORTGAGOR(S)               DATE
**HALIBUT KING CHARTERS, INC.**
BY:  DONALD R. DOAN, PRESIDENT

_____   6/2/00
OWNER(S)/MORTGAGOR(S)               DATE
**HALIBUT KING CHARTERS, INC.**
BY:  CORINNE M. SHELDON, SECRETARY

NATIONAL VESSEL DOCUMENTATION CENTER
USCG
RECEIVED / FILED
08 JUN '00    12:20 PM

EXHIBIT __D__
PAGE __5__ OF __6__ PAGES

WF 503

PAGE SIX

## NOTARY ACKNOWLEDGEMENT

STATE OF ALASKA            )
                           )ss:
THIRD JUDICIAL DISTRICT    )

BE IT KNOWN, THAT ON THIS 2nd DAY OF June, 2000, PERSONALLY APPEARED BEFORE ME, **DONALD R. DOAN, PRESIDENT** and **CORINNE M. SHELDON, SECRETARY**, TO ME KNOWN TO BE THE **CORPORATE OFFICERS** OF **HALIBUT KING CHARTERS, INC.**, THE CORPORATION DESCRIBED IN AND WHICH EXECUTED THE WITHIN AND FOREGOING INSTRUMENT AND ACKNOWLEDGED TO ME THAT THEY DID SO AS THE FREE AND VOLUNTARY ACT AND DEED OF SAID CORPORATION, FOR THE USES AND PURPOSES HEREIN DESCRIBED AND ON OATH ACKNOWLEDGED TO ME THAT THEY WERE AUTHORIZED TO EXECUTE THE WITHIN INSTRUMENT ON BEHALF OF THE CORPORATION.

NOTARY PUBLIC IN AND FOR THE STATE OF ALASKA
MY COMMISSION EXPIRES: 9-21-02



EXHIBIT D
PAGE 6 OF 6 PAGES

WF 504