Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>    Plaintiff,<br><br> vs.<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,<br><br>    Defendants. | **NOTICE OF ERRATA RE:**<br><br>**IN REM WARRANT FOR ARREST OF VESSELS M/V "HALIBUT ENDEAVOR" AND M/V "MISS MINMAR"**<br><br><br>Case No. A06-0013 CV (TMB) |

  Plaintiff Wells Fargo Bank, N.A. originally filed a proposed In Rem Warrant for Arrest of Vessels M/V "Halibut Endeavor" and M/V "Miss Minmar" that contained a signature block for the Honorable Timothy M. Burgess, United States District Court Judge. Counsel for Plaintiff was advised by court personnel that the In Rem Warrant would be signed by the Clerk of Court and that a new In Rem Warrant for Arrest of Vessels M/V

"Halibut Endeavor" and M/V "Miss Minmar" should be submitted with an appropriate signature block.

Pursuant to the direction of court personnel, counsel for Plaintiff hereby submits an In Rem Warrant for Arrest of Vessels M/V "Halibut Endeavor" and M/V "Miss Minmar" with a signature block for the Clerk of Court.

Dated:  February 22, 2006

s/ Patrick B. Gilmore
420 L Street, Suite 500
Anchorage, AK  99501
Phone:  (907) 276-1700
Fax:  (907) 272-2082
E-mail:  acgecf@acglaw.com
ABA #7710121