Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,<br><br>　　　　　Defendants. | **IN REM WARRANT FOR ARREST OF VESSELS M/V "HALIBUT ENDEAVOR" AND M/V "MISS MINMAR"**<br><br><br><br><br><br><br><br><br><br>Case No. A06-0013 CV (TMB) |

TO:   United States Marshal

　　　WHEREAS a Complaint has been filed against the Defendants M/V "HALIBUT ENDEAVOR" and M/V "MISS MINMAR" upon a maritime claim to foreclose a Fleet Preferred Marine Mortgage, and for the reasons stated in the Complaint in this action, praying for process of warrant and arrest of said vessels and their engines, tackle,

gear, equipment and appurtenances, etc., and that all persons interested in said vessels and appurtenance may for the reasons stated in the Complaint be sold to pay the demands of Plaintiff.

YOU ARE HEREBY COMANDED to arrest the M/V "HALIBUT ENDEAVOR," official number 549521, and the M/V "MISS MINMAR," their engines, tackles, gear, equipment, and appurtenances, etc., of said vessels, and to detain them in your custody until further order of this court respecting the same and to give due notice to all persons claiming the same or having anything to say why the same should not be sold pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of the court within ten (10) days after execution of this process or within such additional time as may be allowed by the court and must serve their answers within twenty (20) days after the filling of their claim.

YOU ARE FURTHER COMMANDED to serve a copy of the Order Authorizing Arrest upon the master or other person having possession of the vessels the M/V "HALIBUT ENDEAVOR" and the M/V "MISS MINMAR."

YOU ARE FURTHER COMMANDED to file this process in this court with your return promptly after execution thereof.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

By_____
Clerk of the Court
United States District Court for the
District of Alaska, Anchorage

NOTE:   Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims contained in the Federal Rules of Civil Procedure provides: CLAIM AND ANSWER; INTERROGATORIES. The claimant of property that is the subject of an action in rem shall file his claim within 10 days after process has been executed, or within such additional time as may be allowed by the Court, and shall serve his answer within 20 days after the filing of the claim. The claim shall be verified on oath or solemn affirmation, and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action. If the claim is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it shall state that it is duly authorized to make the claim. At the time of answering the claimant shall also serve answers to any interrogatories served with the complaint. In actions in rem interrogatories may be served without leave of Court.