Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA, | ) ) ) | |
| Plaintiff, | ) ) | **NOTICE OF ERRATA RE:** |
| vs. | ) ) ) | **RESUME OF SUBSTITUTE CUSTODIAN** |
| M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | Case No. A06-0013 CV (TMB) |

On February 22, 2006, Plaintiff Wells Fargo Bank, N.A. filed a Motion for

Order Appointing Substitute Custodian which was supported by an Affidavit of

Gerard Diemer.  The Affidavit of Gerard Diemer stated that the resume of the proposed

substitute custodian was attached to the affidavit as Exhibit A.  Unfortunately, during the

electronic filing of Mr. Diemer's affidavit, the Exhibit was erroneously omitted.  As such,

Plaintiff Wells Fargo Bank, N.A. hereby submits the resume of the proposed substitute

custodian, which was supposed to be attached to the Affidavit of Gerard Diemer as

Exhibit A.  Counsel for Plaintiff apologizes for any inconvenience.

Dated:  February 23, 2006                    s/ Patrick B. Gilmore
                                            420 L Street, Suite 500
                                            Anchorage, AK  99501
                                            Phone:  (907) 276-1700
                                            Fax:  (907) 272-2082
                                            E-mail:  acgecf@acglaw.com
                                            ABA #7710121