

# Rising Winds, Ltd.
## Marine Surveying & Consulting
### David B. Hamaker, CMS

**DAVID B. HAMAKER, CMS**
P. O. Box 221089, Anchorage, Alaska 99522-1089
Telephone (907) 344-8580 / Fax (907) 344-8880 / E-Mail dave@risingwind.com

## EDUCATIONAL HISTORY

**1990:** Completed USCG approved Fire Fighting School, Basic and Advanced; USCG approved Sea School; Radar Observer course; acquired U.S. Merchant Marine Officer Master's License. I've taken advanced courses in ships and fishing vessel stability from the National Cargo Bureau and Navtech U.S. Surveyor's Association. I was certified as an Associate Marine Surveyor by the National Association of Marine Surveyors; I've also taken courses relative to marine construction and vessel safety and a number of courses concerning CPR, First Aid and cold water survival training sponsored by the University of Alaska (Marine Advisory Program), Alaska Vocational Technical Educational Center (AVTEC/Seward, AK) and the Alaska Marine Safety and Education Association (AMSEA).

**1993:** Completed the Alaska Marine Safety Education Association (AMSEA) Survival Equipment, Procedures and Onboard Drills course and the Wire Rope and Rigging Certified Inspector Program.

**1998:** Passed testing, certification and criteria as a Certified Marine Surveyor for the National Association of Marine Surveyors (NAMS). Passed testing and certification for the ISO 9000 Internal Audit course.

**91-04:** Attended numerous annual NAMS Conferences which provide ongoing educational seminars related to Hull and Machinery, Condition and Valuation, Cargo and Damage Surveys and Professional Surveying Practices. I've been working full time as a Certified Marine Surveyor and have acted as an Expert Witness for many maritime issues in both State and Federal courts. In 2001 I was appointed by the Secretary of the Department of Transportation to the Commercial Fishing Industry Vessel Safety Advisory Committee (CFIVSAC), term 2001-2004.

## EMPLOYMENT HISTORY

**Present:** President of Rising Winds, Ltd., Marine Surveying & Consulting

**Assignments:** Damage Claims, Hull & Machinery, Salvage, Condition & Valuation, Pre-Purchase, P&I, Cargo Damage, Cargo Securing, On/Off Hire, Trip & Tow, Safety Inspections and related surveys.

I've performed Safety Equipment & Procedure Surveys for Alaska Clean Seas in Prudhoe Bay, AK. I've worked with several London P&I clubs & International Underwriters performing Condition & Valuation Surveys, Draft Surveys, Bunker Surveys & Cargo Discharge Surveys for Japanese ships transporting oil field drill pipe. I've conducted Trip & Tow / Load & Lash surveys for U.S., London and Canadian Cargo & Hull underwriters. I've performed work relative to tug, barge and large ship survey services & cargo damage claims for Jeff Bentz of North Star Terminal, Anchorage, AK, Dale Heath of Sea Port Terminals Kodiak, AK and The Britannia Steam Ship Insurance Association, Ltd. I was lead surveyor, salvage master & coordinator for a salvage and repair project involving an 8 million dollar dredge. The dredge drug seven anchors in heavy weather, holed several compartments & beached in Prudhoe Bay, AK.

**1968-89:** Owner/Captain/Alternate Captain/Engineer/Deck hand/Skiff man in Oregon/Washington/Alaska/ Kodiak/Aleutians/Bering Sea/Bristol Bay Area. I've operated 105'-130' fishing vessels repairing and maintaining all equipment & machinery. I was responsible as the master for a crew of 4-16 individuals



# Rising Winds, Ltd.
## Marine Surveying & Consulting
### David B. Hamaker, CMS

and advised owners/partners with respect to purchasing, marketing & management of vessel operations. I've worked on a number of boats, on each of which I was responsible for all engine, hydraulic and electrical functions in the engine room and on deck, in addition to general deck duties. I've been involved in new construction and refitting of many steel, fiberglass, aluminum and wooden vessels.

## AFFILIATIONS

National Assoc. of Marine Surveyors (NAMS); North Pacific Fishing Vessel Owner's Assoc. (NPFVOA); Society of Naval Architects and Marine Engineers (SNAME); American Boat and Yacht Council (ABYC); National Assoc. of Marine Investigators (NAMI); Marine Insurance Assoc. of Seattle (MIAS); Boat U.S. Washington National Headquarters (BOAT/US); Maritime & Environmental Consultants (MEC); Alaska Marine Safety Education Assoc. (AMSEA); Certified Wire Rope & Rigging Inspectors Program (WRRC)

## WORK REFERENCES

| | | |
|---|---|---|
| SUMITRANS CORPORATION<br>New Hyde Park, NY (516) 684-3120<br>Jessica Traiman or Sal Coscino | NORTHERN MARINE INS.<br>Lynnwood, WA (425) 775-1410<br>Mr. Mike Miller | SEA-PAC INS. MANAGERS<br>Seattle, WA (206) 956-1636<br>Sharon Edmonds or Tina Fish |
| NORTH STAR TERMINAL &<br>STEVEDORING<br>Anchorage, AK (907) 272-7537<br>Mr. Jeff Bentz or Mr. Brad Robertson | LIBERTY INTERNATIONAL UW's<br>New York, NY (212) 208-4100<br>Mr. Anthony Schiavone | SEAPORT TERMINAL SVCS, INC.<br>Kodiak, AK (907) 487-2104<br>Mr. Dale Heath |
| OCEAN MARINE SURVEYORS<br>Seattle, WA (206) 546-2100<br>Mr. David B. Cater | LAW OFFICE OF CHARLES RAY<br>Anchorage, AK (907) 274-4839<br>Mr. Charles Ray | KEESAL, YOUNG & LOGAN<br>Anchorage, AK (907) 279-9696<br>Mr. Doug Davis or Mr. Bert Ray |

## UNDERWRITERS, INSURANCE BROKERS & FINANCIAL INSTITUTIONS

**Underwriters:** International Specialty, Inc; Axa Marine & Aviation Ins., Ltd. (U.K.); Commercial Union Assurance Co.(U.K.); Harlock Williams & Lemon, Ltd; International Marine Underwriters; T.W. Rice & Co.; Liberty International Marine Underwriters; Royal SunAlliance Insurance; St. Paul Travelers Insurance; West Coast Marine Fund; American E & S Insurance Brokers; Great American Insurance Group; Zurich-American Insurance Group; CNA Insurance; Marine Office of America (MOAC); Sunderland Marine; Chubb Group

**Insurance:** Allstate Insurance; State Farm Insurance; Progressive Insurance; AML/JIA; Aon Risk Services, Inc.; Sea-Pac Insurance; ACE USA Insurance; Fireman's Fund Ins.; Acordia NW & Acordia of Oregon Ins.; American Marine Fund; Marsh & McLennan; Ribelin Lowell Co.; Pacific Marine Associates; Northern Marine Ins.; Sea Mountain Ins.; Poseidon Insurances Services; Crump Ins.; FIS Marine

**Financial:** National Bank of Alaska/Wells Fargo Bank; Key Bank, First National Bank Alaska; Northrim Bank; Bank of America; Alaska USA; Safeco Credit Company; Alaska Commercial Fishing & Agriculture Bank

*David B. Hamaker, NAMS - CMS*
David B. Hamaker, NAMS - CMS
Rising Wind Marine Surveying and Consulting

S:\WPDOCS\BUSINESS\01 A RESUME Current Without Court Letterhead REV.wpd

EXHIBIT __A__
PAGE __2__ OF __2__ PAGES