Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>              Plaintiff,<br><br>vs.<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,<br><br>              Defendants. | **ORDER AUTHORIZING ISSUANCE OF ARREST WARRANT OF VESSELS THE M/V "HALIBUT ENDEAVOR" AND M/V "MISS MINMAR"**<br><br><br>**Case No. 3-06-cv-00013-TMB-JDR** |

THIS MATTER having come before the Court upon the motion of Plaintiff Wells Fargo Bank, N.A. ("Bank") for issuance of an in rem warrant(s) for arrest of the vessels M/V **"HALIBUT ENDEAVOR"** and M/V **"MISS MINMAR"**, and the Court having considered the documents on file herein, including the Verified Complaint of Plaintiff, the affidavit of Gerard Diemer, and the record in this case, and probable cause having been shown that Plaintiff is entitled to issuance of the warrant(s) for arrest of the M/V "HALIBUT ENDEAVOR" and M/V "MISS MINMAR":

IT IS HEREBY ORDERED that a warrant(s) of arrest be issued by the Clerk of this Court for the M/V "HALIBUT ENDEAVOR" and M/V "MISS MINMAR," and

IT IS FURTHER ORDERED that after said vessels are arrested, any person claiming an interest in the vessels may request a post-arrest hearing on three (3) days notice to the Plaintiff and the court. At said hearing, Plaintiff shall show cause forthwith why the arrest should not be vacated or other relief granted consistent with the Supplemental Rules, or other Admiralty or Maritime statute or Federal Rule of Civil Procedure.

DATED this 22nd February, 2006.

/s/ JOHN D. ROBERTS
Honorable John D. Roberts
United States Magistrate Judge

Presented by Patrick B. Gilmore this 22nd
day of February, 2006
Attorney for Plaintiff Wells Fargo Bank, N.A.

By:_____/s/_____
     Patrick B. Gilmore