**BAROKAS MARTIN & TOMLINSON**
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>  Plaintiffs,<br><br>   and<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V  MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam,<br><br>  Defendants. | No. 3:06-cv-00013-JKS-JDR |

## **ENTRY OF APPEARANCE**

COMES NOW the Law Firm of Barokas Martin & Tomlinson, and herein enters its appearance for Defendants, M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam, in the above captioned action, and requests that copies of all pleadings, files and correspondence be sent to: 1029 West Third, Suite 280, Anchorage, Alaska 99501.

1
2
3    Dated this 24th day of February, 2006.
4
/s/ Herbert A. Viergutz
_____
5    Herbert A. Viergutz, Alaska Bar No. 8506088
Barokas Martin & Tomlinson
6    1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
7    Fax: (907) 276-5334
E-mail: barmar@gci.net
8
9
10   **CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the
above served via electronic service or mailed
11   on the 24th day of February, 2006, to:

12   Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
13   Anchorage, AK 99501-1989

14        /s/ Herbert A. Viergutz
_____
Herbert A. Viergutz
15
16
17
18
19
20
21
22
23
24
25
26
27                                    2
28