**BAROKAS MARTIN & TOMLINSON**
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA, <br><br>  Plaintiffs, <br><br> and <br><br> M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam, <br><br>  Defendants. | No. 3:06-cv-00013-JKS-JDR |

### DEMAND FOR JURY TRIAL

Defendants herein demand Trial by Jury on all such issues so triable.

Dated this 24th day of February, 2006.

/s/ Herbert A. Viergutz
_____
Herbert A. Viergutz, Alaska Bar No. 8506088
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
E-mail: barmar@gci.net

1

1
2
3  **CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true copy of the above served via electronic service or mailed
4  on the 24th day of February, 2006, to:

5  Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
6  Anchorage, AK 99501-1989

7           /s/ Herbert A. Viergutz
_____
Herbert A. Viergutz
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28