**BAROKAS MARTIN & TOMLINSON**
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>Plaintiffs,<br><br>and<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam,<br><br>Defendants. | No. 3:06-cv-00013-JKS-JDR |

**OPPOSITION TO MOTION FOR EXPEDITED CONSIDERATION OF: MOTION REQUESTING ORDER ARRESTING VESSEL, AND MOTION REQUESTING APPOINTMENT OF SUBSTITUTE CUSTODIAN**

Plaintiff's Motion is filed in bad faith. As a result, this Court has authority to deny the instant Motion for Expedited Consideration, as well as the principal Motion.

Earlier this month, Plaintiff and Defendants agreed to jointly place the vessels at issue on the market for sale, with Defendants agreeing to allow the vessels to remain dry-docked and in the possession of a third party. The parties conferred with the broker listing the business property for sale, and jointly agreed to also have the boats listed for sale by a broker specifically in the business of effecting marine sales. These agreements were reached in order to avoid unnecessary expenses of having the vessels seized by the

Marshal, and having to litigate Plaintiff's Complaint.[1]

There presently exists a case filed in the Superior Court for the State of Alaska titled: <u>Donald Doan; Elizabeth Doan; and Halibut King Charters, Inc., v. Prodigy Construction, LLC; First National Bank Alaska; and Wells Fargo Bank Alaska, National Association</u>, Case No. 3AN-05-8569 Civil, wherein the parties are litigating issues including, but not limited to, those pertaining to the vessels at issue, and related conduct of the parties. Plaintiff has obviously filed the instant Complaint and Motion in order to proceed in the most costly manner possible to Defendants, despite the agreement between the parties to proceed with the sale based upon the above, a process which was agreed to by Plaintiff. Plaintiff's conduct is clearly and simply directed at bankrupting Defendants, thereby rendering them unable to continue with the State Court litigation. Additionally, Defendants agreed to list the vessels for sale through any broker suggested by Plaintiff, and that the first proceeds from the sale would be used to satisfy the Note. Plaintiff's conduct is obviously bad faith in its most egregious form, and this Court is therefore respectfully requested to deny Plaintiff's instant Motion and require that the vessels be sold through a broker of Plaintiff's choosing, with the vessels at issue held by the third party in present possession until the time of sale.

In the event the Court is inclined to grant Plaintiff's instant Motion, then any and all

---

[1] Until the undersigned received a copy of Plaintiff's Expedited Motion, he was totally unaware that the Verified Complaint in Rem and in Personam had actually been filed in the United States District Court for the District of Alaska. To the best of the knowledge and belief of the undersigned, no Summons has ever been issued, nor served upon Defendants, nor the undersigned.

**BAROKAS MARTIN & TOMLINSON**
1029 West Third, Suite 280
Anchorage, Alaska 99501
Phone: (907) 276-8010
Fax: (907) 276-5334

1
2  costs incurred by Plaintiff over and above the present Note obligation should be born by
3  Plaintiff, as they are unnecessary.
4
5
6       Dated this 24th day of February, 2006.
                                              /s/ Herbert A. Viergutz
7                                             _____
                                              Herbert A. Viergutz, Alaska Bar No. 8506088
8                                             Barokas Martin & Tomlinson
                                              1029 West Third, Suite 280
9                                             Anchorage, AK 99501
                                              Phone: (907) 276-8010
10                                            Fax: (907) 276-5334
                                              E-mail: barmar@gci.net
11
12
13  **CERTIFICATE OF SERVICE**
    I HEREBY CERTIFY that a true copy of the
    above served via electronic service or mailed
14  on the 24th day of February, 2006, to:
15  Patrick B. Gilmore, Esq.
    Atkinson, Conway & Gagnon
    420 L Street, Suite 500
16  Anchorage, AK 99501-1989
17      /s/ Herbert A. Viergutz
    _____
    Herbert A. Viergutz
18
19
20
21
22
23
24
25                                                          **BAROKAS MARTIN & TOMLINSON**
                                                            1029 West Third, Suite 280
26                                                          Anchorage, Alaska 99501
                                                            Phone: (907) 276-8010
27                             3                            **Fax: (907) 276-5334**
28