**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Wells Fargo Bank, N.A. | 3:06-CV-00013-TMB |
| DEFENDANT | TYPE OF PROCESS  Service of Arrest Warrant & other docs. |
| M/V Halibut Endeavor, et al. | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

M/V Halibut Endeavor, Official Number 549521

**AT**

SEND NOTICE OF SERVICE ...

Christopher Slottee
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK  99501

... with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

RECEIVED
MAR 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve arrest warrant, order appointing substitute custodian, complaint, summons, and order authorizing issuance of arrest warrant on the vessel Halibut Endeavor. Substitute Custodian will accompany service and take immediate possession.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER: 907-276-1700   DATE: 2/28/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin  No. 6 | District to Serve  No. 6 | Signature of Authorized USMS Deputy or Clerk | Date  3-20-06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED             **1. CLERK OF THE COURT**             FORM USM-285 (Rev. 12/15/80)

ORIGINAL

Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA, <br><br> Plaintiff, <br><br> vs. <br><br> M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam, <br><br> Defendants. | **IN REM WARRANT FOR ARREST OF VESSELS M/V "HALIBUT ENDEAVOR" AND M/V "MISS MINMAR"** <br><br><br><br><br><br><br><br><br><br> Case No. A06-0013 CV (TMB) |

TO:   United States Marshal

WHEREAS a Complaint has been filed against the Defendants M/V "HALIBUT ENDEAVOR" and M/V "MISS MINMAR" upon a maritime claim to foreclose a Fleet Preferred Marine Mortgage, and for the reasons stated in the Complaint in this action, praying for process of warrant and arrest of said vessels and their engines, tackle,

gear, equipment and appurtenances, etc., and that all persons interested in said vessels and appurtenance may for the reasons stated in the Complaint be sold to pay the demands of Plaintiff.

YOU ARE HEREBY COMANDED to arrest the M/V "HALIBUT ENDEAVOR," official number 549521, and the M/V "MISS MINMAR," their engines, tackles, gear, equipment, and appurtenances, etc., of said vessels, and to detain them in your custody until further order of this court respecting the same and to give due notice to all persons claiming the same or having anything to say why the same should not be sold pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of the court within ten (10) days after execution of this process or within such additional time as may be allowed by the court and must serve their answers within twenty (20) days after the filling of their claim.

YOU ARE FURTHER COMMANDED to serve a copy of the Order Authorizing Arrest upon the master or other person having possession of the vessels the M/V "HALIBUT ENDEAVOR" and the M/V "MISS MINMAR."

YOU ARE FURTHER COMMANDED to file this process in this court with your return promptly after execution thereof.

DATED this 23rd day of February, 2006, at Anchorage, Alaska.

By _Dan Maur_
Clerk of the Court — Ida Romack
United States District Court for the
District of Alaska, Anchorage

NOTE: Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims contained in the Federal Rules of Civil Procedure provides: CLAIM AND ANSWER; INTERROGATORIES. The claimant of property that is the subject of an action in rem shall file his claim within 10 days after process has been executed, or within such additional time as may be allowed by the Court, and shall serve his answer within 20 days after the filing of the claim. The claim shall be verified on oath or solemn affirmation, and shall state the interest in the property by virtue of which the claimant demands its restitution and the right to defend the action. If the claim is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it shall state that it is duly authorized to make the claim. At the time of answering the claimant shall also serve answers to any interrogatories served with the complaint. In actions in rem interrogatories may be served without leave of Court.

◆AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

District of ALASKA

WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,

V.

M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and apurtenances in rem, and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  3:06-CV-00013-TMB

TO: (Name and address of Defendant)

M/V HALIBUT ENDEAVOR, Official Number 549521

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK  99501

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

FEB 2 7 2006

CLERK

DATE

_(signature)_

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                               *Signature of Server*

                                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.