Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>        Plaintiff,<br><br>vs.<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,<br><br>        Defendants. | Case No. 3:06-cv-0013-TMB-JDR |

**VOLUNTARY MOTION TO DISMISS
WITHOUT PREJUDICE**

Pursuant to Federal Civil Rule 41(b)(2), Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") moves for an order dismissing its complaint without prejudice.

On January 13, 2006, Wells Fargo filed an *in rem* and *in personam* complaint against the Defendants seeking to enforce a promissory note, commercial guaranty, and fleet

preferred marine mortgage.  Wells Fargo also sought an order arresting the M/V Halibut Endeavor and M/V Miss Minmar, as those were the two vessels securing the defendants' indebtedness.

In February 2006 Wells Fargo began proceedings to arrest the M/V Halibut Endeavor and M/V Miss Minmar.  After those proceedings were begun, and shortly before the vessels were arrested, the Defendants satisfied the outstanding indebtedness they owed Wells Fargo.

The claims asserted against the Defendants in this litigation are therefore moot.  Wells Fargo asks the Court to dismiss its complaint without prejudice.  The Defendants have asserted no counterclaims in this litigation.

Dated:  March 22, 2006
s/ Patrick B. Gilmore
420 L Street, Suite 500
Anchorage, AK  99501
Phone:  (907) 276-1700
Fax:  (907) 272-2082
E-mail:  acgecf@acglaw.com
ABA #7710121

I certify that on March 22, 2006,
a copy of the foregoing document
was served electronically on

Herbert A. Viergutz

By     s/ Patrick B. Gilmore