Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>  Plaintiff,<br><br>  vs.<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,<br><br>  Defendants. | Case No. 3:06-cv-0013-TMS-JDR |

**[PROPOSED] ORDER GRANTING VOLUNTARY MOTION
TO DISMISS WITHOUT PREJUDICE**

The Court having considered Plaintiff's Voluntary Motion to Dismiss Without Prejudice, any response, and being fully advised, HEREBY GRANTS Plaintiff's Voluntary Motion to Dismiss.

      The Plaintiff's complaint in Case No. 3:06-cv-0013-TMB-JDR is dismissed without prejudice, with each party to bear its own costs and attorney's fees.

Dated: _____

                    The Honorable Timothy M. Burgess
                    United States District Court Judge

I certify that on March 22, 2006,
a copy of the foregoing document
was served electronically on

Herbert A. Viergutz

By     s/ Patrick B. Gilmore