Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| WELLS FARGO BANK, N.A.f/k/a NATIONAL BANK OF ALASKA,<br><br>    Plaintiffs,<br><br>  and<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam,<br><br>    Defendants. | No. 3:06-cv-00013-TMB-JDR |

**MOTION TO REQUIRE PLAINTIFF TO REIMBURSE DEFENDANT $24,355.79**

COME NOW the Defendants, M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam ( Doans ) by and through their attorneys, Barokas Martin & Tomlinson, and herein move the Court to require Plaintiff to reimburse Defendants the sum of $24,355.79.  This Motion is supported by Affidavit of Defendant,

1

Donald Doan.

Dated this 5th day of May, 2006.

/s Herbert A. Viergutz
_____
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010 Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 5th
day of May, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz