Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A.f/k/a NATIONAL BANK OF ALASKA, <br><br> Plaintiffs, <br><br> and <br><br> M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam, <br><br> Defendants. | No. 3:06-cv-00013-TMB-JDR |

## ORDER

IT IS HEREBY Ordered, Adjudged and Decreed that Plaintiff shall pay Defendants the sum of $24,355.79 within five (5) days of the date of this Order.

Dated this _____ day of _____, 2006.

_____
U.S. District Court Judge

1

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 5th
day of May, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz