Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA, <br><br>Plaintiffs, <br><br>and <br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam, <br><br>Defendants. | No. 3:06-cv-00013-TMB-JDR |

### AFFIDAVIT OF DONALD DOAN

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT )

Donald Doan, being first duly sworn upon oath, deposes and states as follows:

1. I was advised by counsel for Plaintiff that our boats would be seized on March 21, 2006, in the event the loan which is the subject matter of these proceedings was not paid off in the amount of $82,404.61, through correspondence dated March 16, 2006 (Attached

1