hereto as Exhibit 1). The following day, we paid off the loan amount through check dated March 17, 2006, in the amount of $82,418.79 (see Exhibit 2 hereto).

2. It was our understanding that the principal balance of the loan, plus interest and late payment charges, were what made up the total amount due and owing. We instructed our attorney to settle this litigation in total, each party bearing its own costs and attorney fees.

3. However, when we received the requested accounting with the payoff information from Plaintiff's counsel (Exhibit 3 hereto), it was clear that attorney fees had been added on to the principal balance, plus interest. Therefore, we have overpaid the loan amount by $24,355.79.

4. Two days previous to receiving the March 24, 2006 letter, with attachments (Exhibit 3 hereto), Plaintiff's counsel had filed its Voluntary Motion to Dismiss, with Proposed Order, pursuant to agreement our counsel had reached with Plaintiff's counsel, which Order states:

> The plaintiff's complaint in case no. 3:06-cv-00013-TMB-JDR is dismissed without prejudice, <u>with each party to bear its own costs and attorney's fees</u> (emphasis added).

In fact, the Court acted on the Order and granted the Motion to Dismiss, specifically referencing: ". . .this matter is dismissed without prejudice, <u>with each party to bear its own costs and attorney's fees.</u>" (emphasis added).

5. As a result, the attorney fees which we did not agree to pay, but which were added onto the principal balance of our loan, in the amount of $24,355.79, should be ordered to be returned to us. The same is herein requested.

2