FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this __3__ day of May, 2006.

_Donald Doan_
Donald Doan

SUBSCRIBED AND SWORN TO before me this __3__ day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: __11-17-06__

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this __5__
day of May, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz

3