# BAROKAS MARTIN & TOMLINSON

LARRY L. BAROKAS, P.S.
DALE R. MARTIN, P.S.
JOHN R. TOMLINSON, JR.
FRANKLIN L. DENNIS
MICHAEL B. GALLETCH
LAURA KLEISLE
GREGORY FULLERTON

1029 West Third, Suite 280
ANCHORAGE, ALASKA 99501
(907) 276-8010
FAX (907) 276-5334
BARMAR @ GCI.NET

RESIDENT COUNSEL, ALASKA OFFICE
HERBERT A. VIERGUTZ

## FACSIMILE COVER SHEET

**DATE:** March 20, 2006

**TO:** Patrick Gilmore, Esq. Via Facsimile No. 272-2082

**FROM:** Herbert A. Viergutz
BAROKAS MARTIN & TOMLINSON
1029 West Third Ave., Suite 280
Anchorage, Alaska 99501

**CLIENT:** Wells Fargo v. Doan, et.al.

**TOTAL NUMBER OF PAGES (including cover sheet): 2**

**MESSAGE/INSTRUCTIONS:**

Attached is proof of payoff for the Halibut King Charter's Inc. loan which was credited to the account on March 17, 2006. Mr. David Derham, V.P of Wells Fargo said he was going to contact Mr. Deimer and yourself. Ms. Doan left a message at the U.S. Marshall s office on Friday, advising of the payoff. When can we expect to receive the promised refund of the U.S. Marshall fee and an accounting of the payoff amount. Thank you.

**CONFIDENTIALITY NOTE**
The documents accompanying this facsimile contain information from the law firm of Barokas Martin & Tomlinson which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of the facsimile information is PROHIBITED. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. If you experience trouble with this transmission and want it repeated, telephone (907) 276-8010 and ask for Shereen Jensen.



Exhibit 2
Page 1 of 2