

```
WELLS FARGO BANK
Transaction Record

Store # 01671 04   Loan/Lines Payment

Account Number          Amount
XXXXXX0458           $82,418.79
  00143

Transaction # 007 0008
04:59PM R 03/17/06 Credited: 03/17/06

* Payments may take 3 to 5 days to post
to your account.

                    COPY

Thank You, Christy
```

① **First National Bank ALASKA** MEMBER FDIC

CASHIER'S CHECK   No. 27013299
COPY
89-6 / 1252

Date/Time
03/17/2006  04:45 PM   TWY B

AMOUNT PAID
*****$82,418.79
VOID OVER $82,418.79

To The Order Of   **WELLS FARGO**

Remitter or Purchaser
VICTORIA E. RENTMEESTER

Customer Copy
**NON-NEGOTIABLE**

---

① **First National Bank ALASKA** MEMBER FDIC

CASHIER'S CHECK   No. 27013299
89-6 / 1252

PAY  →→→→ PAY ONLY **$82,418.79**   Date/Time 03/17/2006 04:45 PM  TWY

EIGHTY TWO THOUSAND FOUR HUNDRED EIGHTEEN DOLLARS AND 79 CENTS ***********

To The Order Of   **WELLS FARGO**              *****$82,418.79
                                                VOID OVER $82,418.79
Remitter or Purchaser
VICTORIA E. RENTMEESTER         [signature]
                                Authorized Signature

MEMO: HALIBUT KING CHARTERS INC.
LOAN # 3645010458   M.V. Miss Hinmar + M.V. Halibut Endeavor
                    # 592142              # 549521

Exhibit 2
Page 2 of 2

Mar 20 06 07:33a  Liz Doan  1-907-2356960  p.2