3-24-06

BRUCE E. GAGNON
ROBERT J. DICKSON
W. MICHAEL MOODY
PATRICK B. GILMORE
RICHARD E. VOLLERTSEN
NEIL T. O'DONNELL
JEROME H. JUDAY
DANIEL F. FITZGERALD
CHRISTOPHER J. SLOTTEE

LAW OFFICES OF
**ATKINSON, CONWAY & GAGNON, INC.**
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501

TELEPHONE:
(907) 276-1700

TELECOPIER/FACSIMILE:
(907) 272-2082

OF COUNSEL
JOHN M. CONWAY
KENNETH R. ATKINSON

March 24, 2006

**By Hand-Delivery**

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd Avenue, Suite 280
Anchorage, AK  99501

Re:   Doan, et al. v. Prodigy Construction, LLC, et al., Case No. 3AN-05-8569

Dear Mr. Viergutz:

Enclosed please find our check in the amount of $6,000 payable to your firm in trust for Halibut King. We received the U.S. Marshall's refund check yesterday.

Per your request for an accounting, enclosed please find the pay-off information provided by the bank. At the time of the request for pay-off, there was an additional $8,315.52 in unpaid fees and costs to this office, including the $6,000 paid to the U.S. Marshall.

If you have any questions do not hesitate to call.

Very truly yours,

ATKINSON, CONWAY & GAGNON

By _____
Patrick B. Gilmore

PBG/jlw
Enclosures
cc:   Gerard Diemer
83817/5006.102



Exhibit 3
Page 1 of 3