| | due from customer |
|---|---:|
| Principal | $53,766.05 |
| Interest through March 16, 2006 | $3,790.62 |
| Late Charges | $506.33 |
| 8/1/2004 Law Offices of David J. Schmid | $761.36 |
| 9/1/2004 Law Offices of David J. Schmid | $545.20 |
| 5/1/2005 Law Offices of David J. Schmid | $297.50 |
| 7/1/2005 Law Offices of David J. Schmid | $1,269.15 |
| 7/11/2005 Quick Print of Alaska | $36.00 |
| 8/1/2005 Law Offices of David J. Schmid | $810.80 |
| 7/15/2005 Atkinson, Conway & Gagnon | $787.70 |
| 8/10/2005 Atkinson, Conway & Gagnon | $3,545.00 |
| 9/1/2005 Law Offices of David J. Schmid | $0.60 |
| 9/13/2005 Atkinson, Conway & Gagnon | $2,416.85 |
| 11/14/2005 Atkinson, Conway & Gagnon | $1,261.50 |
| 12/28/2005 Atkinson, Conway & Gagnon | $714.40 |
| 2/13/2006 Atkinson, Conway & Gagnon | $3,580.03 |
| **Total Due with Interest through 3-16-06** | **$74,089.09** |

Trial Version www.scansoft.com

Exhibit 3
Page 2 of 3