41866

| Date | Invoice | Invoice Amount | Amount Paid |
|---|---|---|---|
| 03/24/2006 | 3/24/06 | 6,000.00 | 6,000.00 |
| | 5006.102 U.S. Marshall's refund - PBG | | |

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

41866

PAY **********************************************Six Thousand & no/100
TO THE
ORDER OF

Barokas & Martin
ITF Halibut King
1029 W. 3rd Avenue, #280
Anchorage, AK 99501

DATE 03/24/06      AMOUNT 6,000.00

*Authorized Signature*

⑈041866⑈ ⑆125200057⑆ 34⑈108327⑈

Exhibit 3
Page 3 of 3