Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280Anchorage, AK 99501
Phone:  (907) 276-8010
Facsimile:  (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A.f/k/a<br>NATIONAL BANK OF ALASKA,<br><br>Plaintiffs,<br><br>and<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V  MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam,<br><br>Defendants. | No. 3:06-cv-00013-TMB-JDR |

## MOTION TO REOPEN CASE AFTER DISMISSAL TO CONSIDER DEFENDANT S MOTION FOR RETURN OF MONIES

COME NOW the Defendants by and through counsel of record, and herein move the Court to reopen this litigation in order to consider Defendant's pending Motion.  This Motion is supported by Affidavit of Counsel.

1

Dated this 10th day of May 2006.

/s Herbert A. Viergutz

_____

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone:  (907) 276-8010 Facsimile:  (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 10th
day of May, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz

2