Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280 Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>Plaintiffs,<br><br>and<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam,<br><br>Defendants. | No. 3:06-cv-00013-TMB-JDR |

## AFFIDAVIT OF COUNSEL

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Herbert A. Viergutz, being first duly sworn upon oath, deposes and states as follows:

1.   I am counsel of record for Defendants in the above captioned action.

1