2.    Defendant's filed their Motion to Require Plaintiff to Reimburse Defendant $24,355.79, subsequent to Dismissal of this action.

3.    As referenced in the principal Motion, the Dismissal occurred prior to Defendant's being aware of the charges that constitute the basis for their principal Motion. As a result, said Motion could not have been brought prior to Dismissal.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 10th day of May, 2006.

_____
Herbert A. Viergutz

SUBSCRIBED AND SWORN TO before me this 10th day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11-17-06

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 10th day of May, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz

2