Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280Anchorage, AK 99501
Phone:  (907) 276-8010
Facsimile:  (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A.f/k/a NATIONAL BANK OF ALASKA, <br><br>        Plaintiffs, <br><br>  and <br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam, <br><br>        Defendants. | No. 3:06-cv-00013-TMB-JDR |

## REPLY TO OPPOSITION TO MOTION TO REQUIRE PLAINTIFF TO REIMBURSE DEFENDANT $24,355.79

Plaintiff's Opposition is incorrect in many respects.

Firstly, Defendant's instant Motion is not one seeking attorney fees pursuant to a

Judgment entered by this Court, triggering any 10 day filing requirement.  In fact, the

Motion at issue is a substantive Motion, rather than procedural, as it involves the Plaintiff

1

compensating the Doans for fees and expenses which they did not agree were due and owing. Clearly, the Doans' instant Motion is substantive in nature.

As such, Plaintiff's argument is that the Preferred Marine Mortgage at issue requires Doans to reimburse Plaintiff for their costs and attorney fees. That is not the resolution which was negotiated and effected by Plaintiff's Motion for Dismissal and accompanying Order. Neither Defendant nor its counsel drafted the Order at issue, but that Order reflects the agreement between the parties, superceding any language in the Preferred Marine Mortgage.

Next, Plaintiff argues that Doans were fully aware that the payoff number included costs and fees for this foreclose and a prior foreclosure performed by another attorney. The Doans Affidavit filed in support of the instant Motion directly contradicts this assertion, and there exists no Affidavit nor supportive materials evidencing Plaintiff's position.

The Doans are simply seeking a return of monies owed to them as a result of the negotiated settlement of this matter, i.e., costs and attorney fees.[1] Hence, the amount of monies requested by the Doans to be returned to them by Plaintiff should be decreased by the amount of $6,000.00.

---

[1] The Doans do not seek reimbursement of the $6,000.00 Marshal's fee, as they acknowledge receipt of same from Plaintiff.

2

Dated this 10th day of May 2006.

/s Herbert A. Viergutz

_____

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone:  (907) 276-8010 Facsimile:  (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 10th
day of May, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz