Patrick B. Gilmore, Esq.
ATKINSON, CONWAY & GAGNON
Attorneys for Wells Fargo Bank, N.A.
420 L Street, Suite 500
Anchorage, Alaska 99501-1989
(907) 276-1700
(907) 272-2082
pbg@acglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WELLS FARGO BANK, N.A. f/k/a NATIONAL BANK OF ALASKA,<br><br>Plaintiff,<br><br>vs.<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR, Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC. and DONALD R. DOAN in personam,<br><br>Defendants. | **OPPOSITION TO MOTION TO REOPEN CASE AFTER DISMISSAL**<br><br>Case No. 3:06-cv-00013-TMB-JDR |

       Defendant has moved to reopen this closed case. The sole ground supporting said motion is an Affidavit of Counsel stating that "the dismissal occurred prior to Defendants being aware of the charges that constitute the basis for their principal motion.

As a result, said motion could not have been brought prior to dismissal." The sole stated ground upon which this motion is based is incorrect. The motion should accordingly be denied.

Defendants paid off the loans at issue on March 17, 2006. (Defendants' Motion to Require Plaintiff to Reimburse Defendants, Ex. 2). Plaintiff hand-delivered an accounting and statement of the charges included within the payoff number to Defendants' counsel on March 24, 2006. (Id., Ex. 3) Thus, by March 24th, Defendants had all the information that constitutes the alleged grounds for the principal motion.

Plaintiff's motion to dismiss without prejudice was granted on March 28, 2006. Knowing that the pay-off figure included costs and fees, Defendants did not oppose the motion to dismiss, did not move for reconsideration of the order of dismissal, and did not move for attorneys' fees. Instead, Defendants waited over five to six weeks after the case was closed, then filed their motion for reimbursement on May 5, 2006.

Defendants were provided the information upon which they base their principal motion nearly six weeks prior to the date the motion was filed. The case had been closed for five weeks before Defendants filed their motion. There is no reason to reopen this case to address what is clearly an untimely filing.

In the event the Court disagrees, Plaintiff repeats its request for an evidentiary hearing. There are clearly fact questions regarding Defendants' claim that cannot be resolved on the briefs

.

Dated:  May 30, 2006

s/ Patrick B. Gilmore
420 L Street, Suite 500
Anchorage, AK  99501
Phone:  (907) 276-1700
Fax:  (907) 272-2082
E-mail:  acgecf@acglaw.com
ABA #7710121

I certify that on May 30, 2006,
a copy of the foregoing document
was served electronically on

Herbert A. Viergutz


By      s/ Patrick B. Gilmore