Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A.f/k/a NATIONAL BANK OF ALASKA,<br><br>    Plaintiffs,<br><br>and<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam,<br><br>    Defendants. | No. 3:06-cv-00013-TMB-JDR |

### REPLY TO OPPOSITION TO MOTION TO REOPEN CASE AFTER DISMISSAL

Plaintiff's Opposition is simply incorrect, in that Defendants did not have knowledge that the settlement amount which they paid included the attorney fees, which fees were not disclosed by Plaintiffs until subsequent to the payoff and Dismissal. Hence, Defendants could not have known or understood that they were paying attorney fees, contrary to the express terms of the negotiated settlement, as well as <u>the express</u>

1

terms of the Dismissal pleadings filed by Plaintiff.

Each party agreed to bear its own costs and attorney fees in this matter. Plaintiff should be made to follow the terms of the agreement it entered into and agreed to, as articulated in the Motion to Dismiss and Order of Dismissal Plaintiff's filed.

Dated this 1st day of June, 2006.

/s Herbert A. Viergutz
_____
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 1st
day of June, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz