## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Wells Fargo Bank v. M/V Halibut Endeavor, et al.*
Case No. 3:06-cv-13 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

     Pending before this Court is a Motion to Reopen Case After Dismissal and a Motion to Require Plaintiff to Reimburse Defendant $24,355.79.  Docket nos. 29 & 27.   A hearing on these motions is scheduled before this Court on **Monday, August 21, 2006, at 2:00 p.m.** in Courtroom 1.  The Court has allotted one hour for oral argument.  Counsel are advised to have their calendars available, in the event that an evidentiary hearing needs to be scheduled.

    **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: August 9, 2006