Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A.f/k/a NATIONAL BANK OF ALASKA,<br><br>　　　　Plaintiffs,<br><br>　　and<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam,<br><br>　　　　Defendants. | No. 3:06-cv-00013-TMB-JDR |

## MOTION FOR RELIEF FROM JUDGMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)

COME NOW the Defendants, by and through counsel of record and herein move the Court for an Order compelling Plaintiff to reimburse Defendants $24,355.79 pursuant to Federal Rule of Civil Procedure 60(b). This Motion is supported by Memorandum filed herewith. An appropriate Order is lodged with the Court

1

Dated this 6th day of September, 2006.

/s Herbert A. Viergutz
_____
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010 Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 6th
day of September, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz