Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A.f/k/a NATIONAL BANK OF ALASKA, <br><br> Plaintiffs, <br><br> and <br><br> M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam, <br><br> Defendants. | No. 3:06-cv-00013-TMB-JDR |

## AFFIDAVIT OF DONALD DOAN

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

Donald Doan, being first duly sworn upon oath, deposes and states as follows:

1. I was advised by counsel for Plaintiff that our boats would be seized on March 21, 2006, in the event the loan which is the subject matter of these proceedings was not paid off in the amount of $82,404.61, through correspondence dated March 16, 2006 (Attached

1



hereto as Exhibit 1). The following day, we paid off the loan amount through check dated March 17, 2006, in the amount of $82,418.79 (see Exhibit 2 hereto).

2.    It was our understanding that the principal balance of the loan, plus interest and late payment charges, were what made up the total amount due and owing. We instructed our attorney to settle this litigation in total, each party bearing its own costs and attorney fees.

3.    However, when we received the requested accounting with the payoff information from Plaintiff's counsel (Exhibit 3 hereto), it was clear that attorney fees had been added on to the principal balance, plus interest. Therefore, we have overpaid the loan amount by $24,355.79.

4.    Two days previous to receiving the March 24, 2006 letter, with attachments (Exhibit 3 hereto), Plaintiff's counsel had filed its Voluntary Motion to Dismiss, with Proposed Order, pursuant to agreement our counsel had reached with Plaintiff's counsel, which Order states:

> The plaintiff's complaint in case no. 3:06-cv-00013-TMB-JDR is dismissed without prejudice, <u>with each party to bear its own costs and attorney's fees</u> (emphasis added).

In fact, the Court acted on the Order and granted the Motion to Dismiss, specifically referencing: ". . .this matter is dismissed without prejudice, <u>with each party to bear its own costs and attorney's fees.</u>" (emphasis added).

5.    As a result, the attorney fees which we did not agree to pay, but which were added onto the principal balance of our loan, in the amount of $24,355.79, should be ordered to be returned to us. The same is herein requested.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this __3__ day of May, 2006.

*Donald Doan*
Donald Doan

SUBSCRIBED AND SWORN TO before me this __3__ day of May, 2006.

Notary Public in and for Alaska
My Commission Expires: __11-17-06__

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this __5__ day of May, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz

BRUCE E. GAGNON
ROBERT J. DICKSON
W. MICHAEL MOODY
PATRICK B. GILMORE
RICHARD E. VOLLERTSEN
NEIL T. O'DONNELL
JEROME H. JUDAY
DANIEL F. FITZGERALD
CHRISTOPHER J. SLOTTEE

LAW OFFICES OF
ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501

TELEPHONE:
(907) 276-1700

TELECOPIER/FACSIMILE:
(907) 272-2082

OF COUNSEL
JOHN M. CONWAY
KENNETH R. ATKINSON

March 16, 2006

<u>VIA FACSIMILE—ORIGINAL TO FOLLOW</u>

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd Avenue, Suite 280
Anchorage, AK  99501

Re:   Doan, et al. v. Prodigy Construction, LLC, et al., Case No. 3AN-05-8569

Dear Mr. Viergutz:

   Pursuant to your client's request, the payoff amount for the boats is $82,404.61. Please be advised that the seizure is scheduled for next Tuesday, March 21, 2006. If your clients pay Wells Fargo before the seizure, we will credit them with what the U.S. Marshall returns to us out of the $6,000 seizure fee.

   If you have any questions, please feel free to call.

Very truly yours,

ATKINSON, CONWAY & GAGNON

By_____
for Patrick B. Gilmore

PBG/dap
cc:   Gerard Diemer
83729/5006.102



Exhibit 1
Page 1 of 1

## BAROKAS MARTIN & TOMLINSON

LARRY L. BAROKAS, P.S.
DALE R. MARTIN, P.S.
JOHN R. TOMLINSON, JR.
FRANKLIN L. DENNIS
MICHAEL B. GALLETCH
LAURA KLEISLE
GREGORY FULLERTON

1029 West Third, Suite 280
ANCHORAGE, ALASKA 99501
(907) 276-8010
FAX (907) 276-5334
BARMAR @ GCI.NET

RESIDENT COUNSEL, ALASKA OFFICE
HERBERT A. VIERGUTZ

### FACSIMILE COVER SHEET

**DATE:** March 20, 2006

**TO:** Patrick Gilmore, Esq. Via Facsimile No. 272-2082

**FROM:** Herbert A. Viergutz
BAROKAS MARTIN & TOMLINSON
1029 West Third Ave., Suite 280
Anchorage, Alaska 99501

**CLIENT:** Wells Fargo v. Doan, et.al.

**TOTAL NUMBER OF PAGES (including cover sheet): 2**

**MESSAGE/INSTRUCTIONS:**

Attached is proof of payoff for the Halibut King Charter's Inc. loan which was credited to the account on March 17, 2006. Mr. David Derham, V.P of Wells Fargo said he was going to contact Mr. Deimer and yourself. Ms. Doan left a message at the U.S. Marshall s office on Friday, advising of the payoff. When can we expect to receive the promised refund of the U.S. Marshall fee and an accounting of the payoff amount. Thank you.

**CONFIDENTIALITY NOTE**
The documents accompanying this facsimile contain information from the law firm of Barokas Martin & Tomlinson which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of the facsimile information is PROHIBITED. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. If you experience trouble with this transmission and want it repeated, telephone (907) 276-8010 and ask for Shereen Jensen.



Exhibit 2
Page 1 of 2



**WELLS FARGO BANK**
Transaction Record

Store # 01671 04   Loan/Lines Payment
Amount   $82,418.79
Account Number
XXXXXX0458
00143
Transaction # 007 0008
04:59PM R 03/17/06 Credited: 03/17/06

* Payments may take 3 to 5 days to post to your account.

COPY

Thank You, Christy

---

**First National Bank ALASKA**
MEMBER FDIC

**CASHIER'S CHECK**
**COPY**   89-6/1252

No. 27013299

Date/Time
03/17/2006   04:45 PM   TWY BI

AMOUNT PAID
*****$82,418.79
VOID OVER $82,418.79

To The Order Of   **WELLS FARGO**

Remitter or Purchaser
VICTORIA E. RENTMEESTER

Customer Copy
**NON-NEGOTIABLE**



First National Bank ALASKA   CASHIER'S CHECK   No. 27013299
89-6/1252
PAY   *****82418.79
Date/Time   03/17/2006   04:45 PM   TWY

EIGHTY TWO THOUSAND FOUR HUNDRED EIGHTEEN DOLLARS AND 79 CENTS **********

*****$82,418.79
VOID OVER $82,418.79

To The Order Of   WELLS FARGO

Remitter or Purchaser
VICTORIA E. RENTMEESTER

Authorized Signature

MEMO: HALIBUT KING CHARTERS INC.
LOAN # 3645010458   M.V. Miss Minmar + M.V. Halibut Endeavor
# 592142   # 549521

Exhibit 2
Page 2 of 2

| BRUCE E. GAGNON<br>ROBERT J. DICKSON<br>W. MICHAEL MOODY<br>PATRICK B. GILMORE<br>RICHARD E. VOLLERTSEN<br>NEIL T. O'DONNELL<br>JEROME H. JUDAY<br>DANIEL F. FITZGERALD<br>CHRISTOPHER J. SLOTTEE | LAW OFFICES OF<br>**ATKINSON, CONWAY & GAGNON, INC.**<br>A PROFESSIONAL CORPORATION<br>420 L STREET<br>SUITE 500<br>ANCHORAGE, ALASKA 99501 | TELEPHONE:<br>(907) 276-1700<br>TELECOPIER/FACSIMILE<br>(907) 272-2082<br>OF COUNSEL<br>JOHN M. CONWAY<br>KENNETH R. ATKINSON |
|---|---|---|

March 24, 2006

By Hand-Delivery

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 W. 3rd Avenue, Suite 280
Anchorage, AK  99501

Re:    Doan, et al. v. Prodigy Construction, LLC, et al., Case No. 3AN-05-8569

Dear Mr. Viergutz:

   Enclosed please find our check in the amount of $6,000 payable to your firm in trust for Halibut King. We received the U.S. Marshall's refund check yesterday.

   Per your request for an accounting, enclosed please find the pay-off information provided by the bank. At the time of the request for pay-off, there was an additional $8,315.52 in unpaid fees and costs to this office, including the $6,000 paid to the U.S. Marshall.

   If you have any questions do not hesitate to call.

                                    Very truly yours,

                                    ATKINSON, CONWAY & GAGNON

                                    By_____
                                         Patrick B. Gilmore

PBG/jlw
Enclosures
cc:   Gerard Diemer
83817/5006.102



Exhibit 3
Page 1 of 3

|  | due from customer |
|---|---:|
| Principal | $53,766.05 |
| Interest through March 16, 2006 | $3,790.62 |
| Late Charges | $506.33 |
| 8/1/2004 Law Offices of David J. Schmid | $761.36 |
| 9/1/2004 Law Offices of David J. Schmid | $545.20 |
| 5/1/2005 Law Offices of David J. Schmid | $297.50 |
| 7/1/2005 Law Offices of David J. Schmid | $1,269.15 |
| 7/11/2005 Quick Print of Alaska | $36.00 |
| 8/1/2005 Law Offices of David J. Schmid | $810.80 |
| 7/15/2005 Atkinson, Conway & Gagnon | $787.70 |
| 8/10/2005 Atkinson, Conway & Gagnon | $3,545.00 |
| 9/1/2005 Law Offices of David J. Schmid | $0.60 |
| 9/13/2005 Atkinson, Conway & Gagnon | $2,416.85 |
| 11/14/2005 Atkinson, Conway & Gagnon | $1,261.50 |
| 12/28/2005 Atkinson, Conway & Gagnon | $714.40 |
| 2/13/2006 Atkinson, Conway & Gagnon | $3,580.03 |
| Total Due with Interest through 3-16-06 | **$74,089.09** |

Exhibit 3
Page 2 of 3

41866

| Date | Invoice | Invoice Amount | Amount Paid |
|---|---|---|---|
| 03/24/2006 | 3/24/06 | 6,000.00 | 6,000.00 |

5006.102 U.S. Marshall's refund - PBG

---

**ATKINSON, CONWAY & GAGNON, INC.**
ATTORNEY'S ACCOUNT
420 L STREET, SUITE 500
ANCHORAGE, ALASKA 99501-1989
PH. (907) 276-1700

WELLS FARGO BANK ALASKA, N.A.
Anchorage, AK

89-5/1252

**41866**

************************************************************ Six Thousand & no/100

PAY TO THE ORDER OF

Barokas & Martin
ITF Halibut King
1029 W. 3rd Avenue, #280
Anchorage, AK 99501

DATE: 03/24/06

AMOUNT: 6,000.00

AUTHORIZED SIGNATURE

⑊"041866"⑊ ⑊:125200057⑊: 34⑊108327⑊"

Exhibit 3
Page 3 of 3