Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A.f/k/a NATIONAL BANK OF ALASKA,<br><br>    Plaintiffs,<br><br>  and<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam,<br><br>    Defendants. | No. 3:06-cv-00013-TMB-JDR |

### AFFIDAVIT OF ELIZABETH DOAN

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Elizabeth Doan, being first duly sworn upon oath, deposes and states as follows:

1.   On numerous occasions prior to paying the amount demanded by Plaintiff in order that the vessels not be seized, we asked for a breakdown of the amount

1

demanded. Wells Fargo refused to produce a breakdown, and none was received by us prior to the date referenced in our Motion for an Order Compelling Plaintiff to Reimburse us $24,355.79.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this \_\_6\_\_ day of September, 2006.

*Elizabeth Doan*
Elizabeth Doan

SUBSCRIBED AND SWORN TO before me this \_\_6\_\_ day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11-17-06

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 6th day of September, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz

2