
Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| WELLS FARGO BANK, N.A.f/k/a<br>NATIONAL BANK OF ALASKA,<br><br>　　　Plaintiffs,<br><br>　and<br><br>M/V HALIBUT ENDEAVOR, Official Number 549521, M/V MISS MINMAR Official Number 592142, their engines, tackle, gear, equipment and appurtenances in rem; and HALIBUT KING CHARTERS, INC., and DONALD R. DOAN in personam,<br><br>　　　Defendants. | No. 3:06-cv-00013-TMB-JDR |

### REPLY TO OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)

Plaintiff's Opposition alleges that the Court has no jurisdiction to hear the Rule 60(b) Motion filed by Defendants. Plaintiff erroneously reads the Court Order of August 30, 2006 to say that the Court has no jurisdiction over the case whatsoever, as a result of its entering the Rule 41(a) Dismissal. The Court did not so state in its Order, and that reading of the Court Order is inconsistent with the law. Otherwise, no Defendant

1

nor Plaintiff could ever file a Rule 60(b) Motion, or for that matter of Rule 59 Motion. Defendant's Rule 60(b) Motion was timely and properly filed pursuant to Rule 60(b).

Secondly, Plaintiff argues that Defendants are barred from bringing the instant Motion as a result of their not objecting to the dismissal between March 24, a Friday, and March 29, a Tuesday. Essentially, Plaintiffs argue that Defendants had one day to file the appropriate pleading objecting to the dismissal, i.e., on March 27, a Monday, and their failure to do so bars any possibility of recovery based on jurisdiction. Such an argument flies in the face of the Rules, i.e., 59 and 60; any sense of due process; as well as rational thought processes.

Defendants timely filed their Rule 60(b) Motion, which deserves substantive attention by the Court rather than procedural jockeying, as suggested by Plaintiff's counsel.

Dated this 13th day of September, 2006.

/s Herbert A. Viergutz
_____
Alaska Bar No. 8506088
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net

2

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 13th day of September, 2006, to:

Patrick B. Gilmore, Esq.
Atkinson, Conway & Gagnon
420 L Street, Suite 500
Anchorage, AK 99501-1989

/s Herbert A. Viergutz